# In the United States Court of Federal Claims

No. 16-793C

(Filed: February 8, 2021)

|  |  |
|---|---|
| **JOHN SHEA,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) ) |

## SCHEDULING ORDER

The court acknowledges the joint status report filed February 5, 2021. *See* ECF No. 75. The parties have requested an enlargement of two weeks to continue settlement discussions. Pursuant to the parties' proposal outlined in the status report, the court adopts the following schedule for further proceedings:

| Event | Date |
|---|---|
| Joint status report on whether the parties have reached an agreement on the remaining issues | February 19, 2021 |
| Plaintiff's motion for attorneys' fees and expenses, if no agreement is reached | March 19, 2021 |
| Defendant's response to plaintiff's motion for attorneys' fees and expenses | April 16, 2021 |
| Plaintiff's reply to defendant's response | April 30, 2021 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge
