# In the United States Court of Federal Claims

No. 16-793C

(Filed: February 19, 2021)

|  |  |
|---|---|
| **JOHN SHEA,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) ) |
| Defendant. | ) ) |

## AMENDED SCHEDULING ORDER

    The court acknowledges the joint status report filed today, February 19, 2021. *See* ECF No. 77. The parties have requested an enlargement of one week to continue settlement discussions. Pursuant to the parties' proposal outlined in the status report, the court adopts the following schedule for further proceedings:

| Event | Date |
|---|---|
| Joint status report on whether the parties have reached an agreement on the remaining issues | February 26, 2021 |
| Plaintiff's motion due, if no agreement is reached | March 26, 2021 |
| Defendant's response to plaintiff's motion | April 23, 2021 |
| Plaintiff's reply to defendant's response | May 7, 2021 |

    It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge